# DI BIASI & RINALDI L.L.C.
### COUNSELLORS AT LAW

345 CENTRE STREET
NUTLEY, NEW JERSEY 07110
E-MAIL: TDIBIASI@DIBIASILAW.COM

(973) 235-1414
FAX (973) 235-1575

THOMAS S. DI BIASI
DONALD J. RINALDI

DARREN T. DI BIASI *

OF COUNSEL:
JAMES A. FOX †
ANTHONY H. GUERINO
BRAD M. MICKLIN
ROBERT C. SELSER

* MEMBER OF NJ & NY BARS
† MEMBER OF NJ & PA BARS

PENNSYLVANIA OFFICE:
NESHAMINY PLAZA 1
BRISTOL PIKE & STREET ROAD
BENSALEM, PA 19020

ROBERT J. CITRINO, JR.
(1958-1981)

June 9, 2008

*Via Fax Only*

Honorable Peter G. Sheridan
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:   New Horizon Investment Corp et al v. Mayor and Municipal Council of the Township of Belleville**
**Case Number: 2:04-cv-3973**

Dear Judge Sheridan:

With the consent of counsel, I am requesting that the In-Court Settlement scheduled for June 25, 2008 be adjourned to either the last week in June or the first week in July.

I am requesting this adjournment as a result of a conflict which I did not know about when I was at the last settlement conference on June 4, 2008.

I would appreciate any courtesies that the court can extend.

Respectfully submitted,

Thomas S. DiBiasi

TSD/rm

cc:   Jason D. Attwood
      David Brian Katz
      Robert L. Podvey
      Jeffrey D. Smith

SO ORDERED: [signature]
DATED: 6/13/08

July 1, 2008 at 12:00 NOON.