# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

NEW HORIZON INVESTMENT Corp.,

CIVIL 04 - 3973(PGS)

V.

ESSEX COUNTY IMPROVEMENT AUTHORITY

ORDER FOR DISMISSAL
Pursuant to General
Rule 41.1

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on December 4, 2008,

It is on this 10th day of DC 2008,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

PETER G. SHERIDAN, U.S.D.J.